IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. PIASECKI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOZANO SMITH, INC.,<br>MS. CARLITA ROMERO,<br><br>　　　　　Defendants.<br>_____/ | 1:11-CV-01219 SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 15) |

Based on plaintiff's notice of voluntary dismissal (Doc. 15) under F.R.Civ.P. 41(a)[(1)(A)(i)], this Court:

　　　1.　　DISMISSES this entire action with prejudice;

　　　2.　　VACATES any and all pending matters and/or dates; and,

　　　3.　　DIRECTS the clerk to administratively close this entire action.

IT IS SO ORDERED.

**Dated:   December 7, 2012**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE